UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEYSI CARMEN ROSARIO,<br><br>      Plaintiff,<br><br>-v-<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner Of Social Security,<br><br>      Defendant | Civil Action No. 20-8212 (NSR-AEK)<br><br>**FINAL JUDGMENT** |

This matter having been REMANDED and DISMISSED by the Court upon stipulation of the parties pursuant to 42 U.S.C. § 405(g) and in conformity with Fed. R. Civ. P. 58,

IT IS, on this ___5th___ day of ___May___, 2022,

ORDERED and ADJUDGED that the within matter be, and hereby is REMANDED for further proceedings and DISMISSED.

_____
HON. NELSON STEPHEN ROMAN
United States District Judge
United States District Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022