```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEYSI CARMEN ROSARIO,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

No. 20 CIV 8212 (NSR)

**ORDER GRANTING MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

NELSON S. ROMÁN, United States District Judge:

    Upon review of the moving papers, Plaintiff Deysi Carmen Rosario's motion for attorney's fees is GRANTED without opposition. It is hereby ordered that Defendant Commissioner of Social Security is to pay attorney's fees plus costs in the sum of $8,964.40 to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 29.

Dated:  August 8, 2022
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1